UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LG CAPITAL FUNDING, LLC

                Plaintiff,

v.

UBIQUITY, INC.

                Defendant.

Civil Action No.: 16-cv-03102 (LDH)(SMG)

**CERTIFICATE OF DEFAULT**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 13 2016 ★
BROOKLYN OFFICE

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, Ubiquity, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Ubiquity, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Oct. 13th, 2016
Brooklyn, New York

DOUGLAS C. PALMER, Clerk of Court

By: _Janet Hamilton_
Deputy Clerk